IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL FINANCIAL PARTNERS CORP., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 14-cv-7424 |
| v. | ) ) ) | Judge Kennelly |
| PAYCOM SOFTWARE, INC., | ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

**PLAINTIFF NATIONAL FINANCIAL PARTNERS CORP.'S
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and 15 U.S.C. § 1116, Plaintiff National Financial Partners Corp. ("NFP") respectfully requests that this Court enjoin Defendant Paycom Software, Inc. ("Paycom") from continuing to infringe upon NFP's federally-registered trademark for its corporate logo (the "NFP Logo Mark"). In support of this Motion, NFP states as follows:

1. Since 2010, NFP has provided a variety of business and financial services under the NFP Logo Mark to corporate clients throughout the United States, including (1) employee benefits consulting and administrative services, (2) employee retirement plan consulting and advisory services, and (3) employee health insurance consulting, administrative and advisory services, among others. The federally-registered NFP Logo Mark is shown below:



2.     Since adopting the NFP Logo Mark in 2010, NFP has expanded the scope of services which it provides to its corporate clients, which now include a variety of types of human resources services including payroll processing and administration services.  As a result, since at least January 2012 NFP has acquired valuable trademark rights in the NFP Logo Mark for payroll services under common law.

3.     As a result of NFP's widespread and continuous use of the NFP Logo Mark, that mark has acquired substantial goodwill and renown in the marketplace.  Indeed, NFP generates annual revenues in excess of one billion dollars from financial services provided in the United States in association with the NFP Logo Mark.  NFP has also expended considerable resources and large sums of money on advertising and building brand loyalty for the NFP Logo Mark.  As a result, NFP enjoys the exclusive right to use the NFP Logo Mark in the United States in connection with the financial services listed above as well as other related financial products and services.

4.     NFP is the owner of U.S. Trademark Reg. Nos. 4,094,885; 4,094,886; 4,094,887; and 4,097,433, issued to NFP by the United States Patent and Trademark Office (USPTO), which cover the NFP Logo Mark.

5.     Paycom provides financial products and services to businesses throughout the United States, including (1) employee benefits administration services, (2) employee retirement

fund administration services, (3) employee health insurance administration services, and (4) payroll processing, administration and management services.

6. In 2014, Paycom began using a logo that is nearly identical to the NFP Logo Mark in association with its financial products and services (the "Infringing Paycom Logo"). The Infringing Paycom Logo is shown below:



7. Paycom is currently using the Infringing Paycom Logo in the advertisement, promotion, distribution, and sale of its financial products and services, all of which is creating a likelihood of confusion and causing irreparable harm to NFP.

8. As shown below, Paycom's use of a nearly identical logo for closely related (if not identical) services comprises a textbook example of trademark infringement:

 

**NFP Logo Mark**          **Infringing Paycom Logo**

9. Predictably, NFP has begun receiving inquiries from third parties demonstrating actual confusion over the source of Paycom's financial products and services, and inquiring as to whether and how Paycom is affiliated with NFP.

3

10. As set forth in NFP's Memorandum of Law in Support of Its Motion for Preliminary Injunction ("Memorandum"), NFP has shown that (1) it is likely to succeed on the merits of its trademark infringement claims; (2) it will continue to be irreparably harmed in the absence of preliminary injunctive relief; (3) the balance of the equities tips in NFP's favor; and (4) entry of an injunction is in the public interest.

WHEREFORE, for all the foregoing reasons, and for the reasons set forth in its Memorandum, NFP respectfully requests that this Court enjoin Paycom, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them anywhere in the world, from:

(i) using the Infringing Paycom Logo or any other designation or design that is confusingly similar to the NFP Logo Mark in connection with the offering, advertising or promotion of its financial products and services;

(ii) using the Infringing Paycom Logo or any other designation or design that is confusingly similar to the NFP Logo Mark in connection with the offering, advertising or promotion of financial products and services on the Internet where such activities are either directed to or made available to consumers in the United States;

(iii) doing any act or thing that is likely to cause the consuming public to believe that Paycom's services are authorized by NFP or in some way connected with NFP and/or NFP's business, or that is likely to injure or damage NFP or the NFP Logo Mark;

(iv) in any way infringing or damaging the NFP Logo Mark;

(v)     attempting, causing, or assisting any third party to engage in any of the above-described acts; and

(vi)     otherwise competing unfairly with NFP in any manner.

                Respectfully submitted,

Dated: October 15, 2014         /s Richard D. Harris
                                        Richard D. Harris (ARDC No. 1137913)
                                        Jeffrey P. Dunning (ARDC No. 6273364)
                                        Matthew J. Levinstein (ARDC No. 6300343)
                                        GREENBERG TRAURIG, LLP
                                        77 West Wacker Drive, Suite 3100
                                        Chicago, Illinois 60601
                                        (312) 456-8400
                                        (312) 456-8435 (fax)

                                        Attorneys for Plaintiff NATIONAL FINANCIAL PARTNERS CORP.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 15, 2014. The undersigned attorney hereby certifies that Defendant's registered agent will also be served with a copy of this document at the following address:

Paycom Software, Inc.
c/o Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703.

*/s/ Richard D. Harris*