UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

National Financial Partners Corp.
                              Plaintiff,

v.                                           Case No.: 1:14–cv–07424
                                                      Honorable Matthew F. Kennelly

Paycom Software, Inc., et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, May 15, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Preliminary injunction hearing held and concluded. The motion for preliminary injunction is taken under advisement. Mailed notice (lcw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.